**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Nebraska**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Foundation Fitness, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Foundation Fitness Distribution Operating Division** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 7 – 1 6 3 9 6 1 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **c/o Robert Preston, Registered Agent** |
| **5335 Sterling Drive**<br>Number          Street | **707 SW Washington Street**<br>Number          Street |
| **Boulder, CO 80301**<br>City                              State      ZIP Code | **Portland, OR 97205**<br>City                              State      ZIP Code |
| **Boulder**<br>County | Location of principal assets, if different from principal place of business |
| | Number          Street |
| | City                              State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.foundationfitness.net** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Foundation Fitness, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4  2  3  9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **See Rider 1** Relationship **Affiliate**

District **District of Nebraska** When **6/22/2024**
MM / DD / YYYY

Case number, if known _____

Debtor   **Foundation Fitness, LLC**

Name

Case number *(if known)*

---

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000

☑ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion

☐ $50,001-$100,000   ☑ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

Debtor    **Foundation Fitness, LLC**                                    Case number *(if known)*
Name

---

**16. Estimated liabilities**

☐ $0-$50,000                    ☐ $1,000,001-$10 million            ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☑ $10,000,001-$50 million           ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000            ☐ $50,000,001-$100 million          ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☐ $100,000,001-$500 million         ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/22/2024**
MM/ DD/ YYYY

**X    /s/ James Liggett**                                    **James Liggett**
Signature of authorized representative of debtor            Printed name

Title    **Member**

---

**18. Signature of attorney**

**X    /s/ Patrick Patino**    Date    **06/22/2024**
Signature of attorney for debtor                          MM/ DD/ YYYY

**Patrick Patino**
Printed name

**Patino Law Office, LLC**
Firm name

**1901 Howard Street 311**
Number        Street

**Omaha**                        **NE**    **68102**
City                            State    ZIP Code

**(402) 401-4050**                    **patrick@highfivelegal.com**
Contact phone                        Email address

**25531**                            **NE**
Bar number                            State

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24- |
| | ) | |
| Foundation Fitness, LLC, et al. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax ID No. 27-1639615 | ) | |

**RIDER 1**
**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Nebraska for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 of Foundation Fitness, LLC.

- Foundation Fitness, LLC
- Foundation Fitness Products, LLC
- Stages Cycling, LLC
- Stages Indoor Cycling, LLC
- Stages Indoor Home Cycling, LLC
- Stages Ride, LLC

Fill in this information to identify the case:

Debtor name **Foundation Fitness, LLC**

United States Bankruptcy Court for the:

**District of Nebraska**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alexan Belleview Station<br>4882 S Newport Street<br>Denver, CO 80237 | | | | | | $52,868.88 |
| 2 | Arboretum at South Mountain<br>15251 South 50th Street<br>Phoenix, AZ 85044 | | | | | | $70,511.81 |
| 3 | CityView<br>1901 Avenue of the Stars 1950<br>Los Angeles, CA 90067 | | | | | | $87,458.14 |
| 4 | Datasite, LLC<br>733 S Marquette Ave 600<br>Minneapolis, MN 55402 | | | | | | $110,668.73 |
| 5 | Elliott, Ostranders & Preston, P.C.<br>Union Bank Tower<br>1500707 SW Washington Street<br>Portland, OR 97205-3532 | | | | | | $358,833.27 |
| 6 | Equinox Media, LLC<br>1 Park Avenue<br>New York, NY 10016-5802 | | | | | | $46,780.00 |
| 7 | Galloway<br>5500 Greenwood Plaza Blvd 200<br>Englewood, CO 80111 | | | | | | $68,074.48 |
| 8 | Holland Partners<br>808 Washington Street 500<br>Vancouver, WA 98660 | | | | | | $80,882.08 |

Debtor    **Foundation Fitness, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Holland Partners 808 Washington Street 500 Vancouver, WA 98660 | | | | | | $62,432.39 |
| 10 Intracorp SW, LLC 895 Dove Street 400 Newport Beach, CA 92660 | | | | | | $47,320.46 |
| 11 Johnson Health Tech, N.A. 1600 Landmark Drive Cottage Grove, WI 53527 | | | | | | $625,609.62 |
| 12 Johnson Health Tech, N.A. 27829 Network Place Chicago, IL 60673-1278 | | | | | | $404,393.19 |
| 13 Kevin Ricker | | | | | | $45,660.57 |
| 14 M3 Multifamily 330 E. Canon Perdido Street F Santa Barbara, CA 93101 | | | | | | $60,292.89 |
| 15 Mill Creek Residential 5910 N Central Expy 1100 Dallas, TX 75206 | | | | | | $45,011.84 |
| 16 Novel Uptown 1557 N Logan Street Denver, CO 80203 | | | | | | $49,955.46 |
| 17 Polsinelli Shughart PC PO Box 878681 Kansas City, MO 64187-8681 | | | | | | $55,422.70 |
| 18 Retreat at Vista Lake 3701 Winkler Avenue Fort Myers, FL 33916 | | | | | | $147,186.53 |
| 19 Shelter Holdings, LLC 11624 SE 5th Street 210 Bellevue, WA 98005-3590 | | | | | | $95,702.46 |
| 20 Spark Yoga 977 E Foothill Blvd 111 San Luis Obispo, CA 93405 | | | | | | $66,364.23 |

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA
OMAHA DIVISION**

IN RE: **Foundation Fitness, LLC**                                      CASE NO

                                                                        CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  __**06/22/2024**__      Signature _____**/s/ James Liggett**_____

                                                        James Liggett, Member

1880 Little Raven | Holland
Partner Group
1880 Little Raven Street
Denver, CO 80202


Alexan Belleview Station
4882 S Newport Street
Denver, CO 80237


Alister Montclair
11 Pine Street
Montclair, NJ 07042


Ameritas Life Insurance
Group
PO Box 82582
Lincoln, NE 68501-2504


AMLI RiNO
3355 Denargo Street
Denver, CO 80216


Apartment Association of
Metro Denver
7100 E. Belleview Ave 305
Englewood, CO 80111


Arboretum at South Mountain
15251 South 50th Street
Phoenix, AZ 85044


Arroyo Design, LLC
7417 SE Maple Avenue
Vancouver, WA 98664

Assault Fitness
5803 Newton Drive B
Carlsbad, CA 92008

Atlas Management PDX
7800 SW Durham Road 300
Portland, OR 97224

Avila Bay Club
6699 Bay Laurel Pl
Avila Beach, CA 93424

Aviron
215 Bartley Drive Unit 2
North York, ONM4A 2N7

Aviva Properties
18618 E Burnside
Portland, OR 97233

Bay Club Carmel Valley
12000 Carmel County Road
San Diego, CA 92130

Bay Club Redwood Shores
200 Redwood Shores Pkwy
Redwood City, CA 94065

Benefitness PDX
2121 NW Savier Street 421
Portland, OR 97210

Benefitness PDX
1088 NE 7th Avenue
Portland, OR 97232

Benefitness PDX : Malibu
Residence

BodyHoliday
Cariblue Beach
Cap Estate, St. Lucia, West Indies,

Breckenridge Recreation
Center
880 Airport Road
Breckenridge, CO 80424

Brudden de Mexico SA de CV
(dba Sports Solutions)
11850 Ciudad de Mexico
Distrito Federal MX

CAP Barbell
PO Box 42213
Houston, TX 77242-2213

CAP Barbell
2525 E. El Presidio Street
Long Beach, CA 90810

Capital City Development
Corporation
121 N 9th Street 501
Boise, ID 83702

Cas Schneller

Celigo
3 Lagoon Drive 130
Redwood City, CA 94065

Central YMCA
1717 The Alameda
San Jose, CA 95126

City of Fort Morgan -
Recreation Department
1239 E Kiowa Avenue
Fort Morgan, CO 80701

CityView
1901 Avenue of the Stars 1950
Los Angeles, CA 90067

CImbr
3033 E. 1st Street 705
Denver, CO 80206

CMK Companies
300 W Ontario Street
Masonville, IA 50654

COI O, LLC
601 N. Fern Creen Ave 110
Orlando, FL 32803

Colorado Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

Colorado Secretary of State
1700 Broadway Suite 550
Denver, CO 80290

Colorado Springs Country
Club
3333 Templeton Gap Road
Colorado Springs, CO 80907

Columbia Athletic Club
505 128th Street SE
Everett, WA 98208

Comcast Business
PO Box 34744
Seattle, WA 98124-1744

Commercial Fitness
Equipment
4686 Isabelle Street A
Eugene, OR 97402

Cooper George, LLC
1900 Madras Street SE
Salem, OR 97302

Cushman & Wakefield
800 North Brand
Glendale, CA 91203

Datasite, LLC
733 S Marquette Ave 600
Minneapolis, MN 55402

DocuSign
PO Box 123428
Dallas, TX 75312-3428

Dorsey & Whitney, LLP
PO Box 1680
Minneapolis, MN 55480-1680

ECDESIGN Sweden AB
Fridhemsgatan 2, 702 32Orebro

ECORE International, Inc.
PO Box 21691
New York, NY 10087-1691

Elliott, Ostranders & Preston,
P.C.
Union Bank Tower
1500707 SW Washington Street
Portland, OR 97205-3532

Employee Network, Inc.
1040 Vestal Parkway East
Vestal, NY 13850

Equinox
31 Hudson Yards
New York, NY 10001

Equinox Media, LLC
1 Park Avenue
New York, NY 10016-5802

Escape Fitness USA, LLC
PO Box 12105
Birmingham, AL 35202

Fitness Guyz, LLC
3427 N. Harrison Street
Denver, CO 80205

FortFitness
25252 McIntyre Street A
Laguna Hills, CA 92653

Galloway
5500 Greenwood Plaza Blvd 200
Englewood, CO 80111

Grant Thornton LLP
PO Box 51552
Los Angeles, CA 90051-5852

Gravity Haus Breckenridge
605 South Park Avenue
Breckenridge, CO 80424

Gravity Haus Vail
352 E Meadow Drive
Vail, CO 81657

GS Aberdeen Owner

GS-OI Pikes Peak Owner, LLC
c/o C T Corporation System
7700 E Arapahoe Road 220
Englewood, CO 80112-1268

GS-OI Pikes Peak Owner, LLC
465 Meeting Street 500
Charleston, SC 29403

Guardian Dental

Haxton Apartment
41 S 900 E
Salt Lake City, UT 84102

Healthquest
310 NJ-31
Flemington, NJ 08822

Hines - Pleasanton Corporate
Commons
6200 Stoneridge Mall Road 130
Pleasanton, CA 94588

Holland Partners
808 Washington Street 500
Vancouver, WA 98660

Homecoming at Creekside
4800 Kokomo Drive
Sacramento, CA 95835

Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603

Illinois Secretary of State
115 S. LaSalle Street 300
Chicago, IL 60603

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Intracorp SW, LLC
895 Dove Street 400
Newport Beach, CA 92660

Joe Euteneur

Johnson Health Tech, N.A.
1600 Landmark Drive
Cottage Grove, WI 53527

Johnson Health Tech, N.A.
27829 Network Place
Chicago, IL 60673-1278

JRK Property Holdings:
Deerfield Apartments
11766 Wilshire Blvd 1500
Los Angeles, CA 90025


JRK Property Holdings:
Harbor Village
11766 Wilshire Blvd 1500
Los Angeles, CA 90025


Kaia Fit
6102 Avenida Encinas
Carlsbad, CA 92011


Kevin Ricker


Kondition
3161 Walnut Street
Boulder, CO 80301


Las Sendas
7555 E Eagle Crest Drive
Mesa, AZ 85207


Lewis Apartment
Communities
1156 N Mountain Avenue
Upland, CA 91786


Lifequest Fitness Center
4215 Convection Place
Pasco, WA 99301

Lift Exercise

James P. Liggett
14215 SE 35th
Vancouver, WA 98683

Scott P. Liggett
145 Sapodilla Drive
Islamorada, FL 33036

Liv Studios
10960 W Rive Street 101A
Truckee, CA 96161

M3 Multifamily
330 E. Canon Perdido Street F
Santa Barbara, CA 93101

Marathon Acquisition &
Development, Inc.
30050 Town Center Loop W #200
Wilsonville, OR 97070

Marchande Narcisse Interiors
21515 Hawthorne Blvd 200
Torrance, CA 90503

Mass Movement, Inc.
165 Grove Street 100
Franklin, MA 02038

Meta Housing Corporation
11150 W. Olympic Blvd 620
Los Angeles, CA 90064

Mill Creek Residential
5910 N Central Expy 1100
Dallas, TX 75206

Moss Adams, LLP
PO Box 101822
Pasadena, CA 91189-1822

Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509

Nebraska Department of
Revenue
Attn: Bankruptcy Unit
PO Box 94818
Lincoln, NE 68509-4818

Nebraska Secretary of State
PO Box 94608
Lincoln, NE 68509-4608

Nichols Partnership
1644 Platte Street 130
Denver, CO 80202

Novel Uptown
1557 N Logan Street
Denver, CO 80203

NW YMCA

5315 Boat Club Road

Fort Worth, TX 76135-1740

Oasis Townhomes

OPVS

8969 Santa Monica Blvd L

Los Angeles, CA 90046

Oregon Employment
Department

PO Box 4395

Portland, OR 97208-4395

Oregon Secretary of State

255 Capitol Street NE

Salem, OR 97310

Orgeon Attorney General

1162 Court Street NE

Salem, OR 97301-4096

Polsinelli Shughart PC

PO Box 878681

Kansas City, MO 64187-8681

PowerSystems

5700 Casey Drive

Knoxville, TN 37909

Purple Pedal
120 B W Wilshire Ave
Fullerton, CA 92832

PW Properties, LLC
40 Lake Bellevue Drive 100
Bellevue, WA 98005-2480

Recovery for Athletes, LLC
305 Fieldbrook Pl
Charlotte, NC 28209-2245

Regence Blue Cross
PO Box 1271 WW2-26
Portland, OR 97207-1271

Regus Management Group,
LLC
951 Mariners IS
San Mateo, CA 94404

Retreat at Vista Lake
3701 Winkler Avenue
Fort Myers, FL 33916

Retreat at Vista Lake - Crow
Holdings Capital
3791 Winkler Ave 211
Fort Myers, FL 33916

Ride209 Fitness and Recovery
Studio
1475 Moffat Blvd Suites 15 & 17
Manteca, CA 95336

Riverbend at Mill Village
1499 W 121st Avenue 100
Denver, CO 80234

Rockwood Property
Management: Windsor
Crossing
421 N. Meadowwood Lane 200
Liberty Lake, WA 99019

Securities and Exchange
Commission
100 F Street NE
Washington, DC 20549

Shelter Holdings, LLC
11624 SE 5th Street 210
Bellevue, WA 98005-3590

Shorenstein Real Estate
707 Wilshire
Los Angeles, CA 90017

Sigma Phi Epsilon
1906 NE 45th Street
Seattle, WA 98105

Silverthorne Recreation
Center
430 Rainbow Drive
Silverthorne, CO 80498

Smart Fitness
621 Bryden Ave #G
Lewiston, ID 83501

Spark Yoga
977 E Foothill Blvd 111
San Luis Obispo, CA 93405


St. Jude Children's Research
Hospital
501 St. Jude Place
Memphis, TN 38105


Stages Cycling
1220 Main Street 400
Vancouver, WA 98660


Stages Indoor Home Cycling,
LLC
1220 Main Street Suite 400
Vancouver, WA 98660


StarCycle: Chesapeake
520 Balaire Ave
Chesapeake, VA 23320


StarCycle: Star Cycle - Santa
Barbara
121 S Hope Avenue D115
Santa Barbara, CA 93105


Stone Creek Apartments at
Oregon City
14155 S Beavercreek Road
Oregon City, OR 97045


Tag Fitness
320 Charles Ct
West Chicago, IL 60185

Terra Mar Apartments JRK
93 Dune Lks Circle
Santa Rosa Beach, FL 32459


The Green Cities Company
920 SW 6th Avenue 900
Portland, OR 97204


The Lodge at Terralago
12711 Colorado Blvd
Thornton, CO 80241


The Martin Group
1970 Broadway Suite 745
Oakland, CA 94612


The Martin Group 65E Student
Housing


Torque Fitness
11201 Xeon Street NW 101
Minneapolis, MN 55448


Total Gym
100 Chesterfield Drive G
Cardiff By the Sea, CA 92007


Trend Design, Inc.
1200 Lawrence Drive 465
Newbury Park, CA 91320-1342

Tri-West
12005 E. Pike Street
Santa Fe Springs, CA 90670


TruAmerica
10100 Santa Monica Blvd 400
Los Angeles, CA 90067


TruFusion
8575 South Eastern Avenue
Las Vegas, NV 89123


TRX
Dept LA 24914
Pasadena, CA 91185-4914


Tupelo Alley
3850 N Missippi Avenue
Portland, OR 97227


U.S. Attorney General
United States Department of Justice
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

U.S. Attorney's Office
1620 Dodge Street 1400
Omaha, NE 68102-1506


Union Bank and Trust
2720 S 177th Street
Omaha, NE 68130

Valley Country Club
14601 Country Club Drive
Aurora, CO 80016-1054

Washington Attorney General
PO Box 40100
Olympia, WA 98504

Washington Secretary of
State
PO Box 40220
Olympia, WA 98504-0220

Waterford RiNo Sares Regis
2797 Wewatta Way
Denver, CO 80216

WaterRower
560 Metacom Avenue
Warren, RI 02885

WEX Health, Inc.
1 Hancock Street
Portland, ME 04101