## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-80513-TLS |
| | ) | |
| Foundation Fitness, LLC, et al. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax ID No. 27-1639615[1] | ) | |

## AMENDED DECLARATION OF WILLIAM HERGENHAN

I, William Hergenhan, declare under penalty of perjury:

1. I am a consultant for Foundation Fitness, LLC, and certain of its debtor affiliates (collectively, the "Debtors") and most recently served in the role of Chief Financial Officer. I was terminated as Chief Financial Officer on or about April 19, 2024, meaning as of the petition date I was no longer an officer of the Debtors.
2. Debtors have requested that I continue to provide financial advisory services to the Debtors, and I have consented to provide such services.
3. I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.
4. I have considerable experience working with the Debtors since 2010 and understand the financial structure of the Debtors' business operations.
5. On the date of filing the Debtors did not owe me any amount for any reason whatsoever. I am not a creditor of the Debtors.
6. I do not have an equity interest in the Debtors.
7. I am not a member of any of the Debtors.
8. I do not exert any control over the Debtors.

Date: 7/12/2024

**WILLIAM HERGENHAN**

---

[1] The Debtors in these chapter 11 cases, along with the case numbers and last four digits of each Debtor's federal tax identification number, are: Foundation Fitness, LLC 24-80513 (9615); Stages Cycling, LLC 24-80514 (7025); Stages Indoor Home Cycling, LLC 24-80515 (8058); Stages Indoor Cycling, LLC 24-80517 (5342); Stages Ride, LLC 24-80516 (6562); and Foundation Fitness Products, LLC 24-80518 (9615).